UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN MERCIER,<br>Plaintiff, | : | CIVIL ACTION NO:<br>302CV636 (EBB) |
| vs. | : | |
| SUPERIOR CONSULTANT CO., INC.,<br>Defendant. | : | November 7, 2003 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties to the above captioned action hereby stipulate that the action shall be dismissed in its entirety, with prejudice.

SUPERIOR CONSULTANT CO., INC.
DEFENDANT,

By _____
Mitchell L. Fishberg
Federal Bar No. CT19661
Brown Raysman Millstein
  Felder & Steiner, LLP
City Place II, 10th Floor
185 Asylum Street
Hartford, CT 06103

BRIAN MERCIER
PLAINTIFF,

By _____
Judith D. Meyer
Fed. Bar No. CT04976
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel.: (860) 678-7711

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____ Deputy Clerk